UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DANIELA CALDERON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-22-CV-00082-FM |
| | § | |
| NUMBER ONE EXPEDITE LEASING, | § | |
| INC., and JOSE LUIS MORALES | § | |
| MACIAS, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Stipulation of Dismissal" [ECF No. 30], filed April 10, 2023, by the parties. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the notice states otherwise.[1] The parties' joint stipulation of dismissal is with prejudice.[2] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.
2. All pending motions, if any, are **DENIED AS MOOT**.
3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _11_ day of **April 2023**.

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 41(a)(1).

[2] "Stipulation of Dismissal" 1, ECF No. 30, filed Apr. 10, 2023.

1